```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

THOMAS B. STRINGER,

Defendant.

1:10-cr-632 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the *pro se* Defendant's Motion to Terminate Supervised Release. [ECF No. 95]. The Government is directed to file a response to the Motion on or before August 3, 2022.

The Clerk of the Court respectfully is requested to mail a copy of this Order to the United States Attorney for the Southern District of New York, and to the *pro se* Defendant at the address listed in the Motion. [ECF No. 95 at 3].

**SO ORDERED.**

**Date: July 13, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**