```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED: 8/16/2022                │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

THOMAS B. STRINGER,

Defendant.

1:10-cr-632 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On June 16, 2022, the *pro se* Defendant Thomas Stringer filed a Motion to Terminate Supervised Release. [ECF No. 95]. After the case was assigned, the Court set a scheduling order that directed the Government to file any response to the Motion by August 3, 2022. [ECF No. 96]. The Government thereafter filed an opposition to the Motion [ECF No. 98]. Once the Motion was fully briefed, and in consideration of the Parties' respective arguments, the Court issued an Order [ECF No. 100] denying Defendant's Motion. The Court is now in receipt of a letter [ECF No. 101] filed by the *pro se* Defendant in response to the Government's Opposition to his Motion to Terminate Supervised Release.

While Defendant did not have leave to file the response, the Court has reviewed the information contained therein. For the same reasons set out in the Court's Order [ECF No. 101], the Court reaffirms the denial of Defendant's Motion to Terminate Supervised Release.

The Clerk of the Court respectfully is requested to mail a copy of this Order to the *pro se* Defendant at the address listed in the Motion. [ECF No. 95 at 3].

**SO ORDERED.**

**Date:  August 16, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1